FILED
CLERK U.S. DISTRICT COURT
AUG 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR NO. 11 00790 |
| --- | --- |
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) |
| | ) [26 U.S.C. § 7206(1): Subscribing |
| RONALD GARBER, | ) to a False Income Tax Return] |
| | ) |
| Defendant. | ) |

The United States Attorney charges:

COUNTS ONE AND TWO

[26 U.S.C. § 7206(1)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant RONALD GARBER ("GARBER") did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for each calendar year identified below, which was verified by a written declaration that it was made under the penalties of perjury and that was filed with the Internal Revenue Service on

or about the filing dates set forth below, which return defendant GARBER did not believe to be true and correct as to every material matter, in that it stated that he had the following amount of total income, when, as defendant GARBER then knew and believed, his total income for each of those years was substantially higher.

| COUNT | YEAR | FILING DATE | FALSE INCOME AMOUNT |
|---|---|---|---|
| ONE | 2005 | 8/14/06 | $378,547 |
| TWO | 2006 | 9/12/07 | $653,291 |

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

JILL T. FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

BRIAN E. KLEIN
Assistant United States Attorney
Major Frauds Section